

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00720-CV

Neil R. **FOGA** and Marlene C. Turner-Foga,
Appellants

v.

**GHK ENTERPRISES, LP**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9268
Arnulfo C. Luna, Judge Presiding

# O R D E R

Extension of Time to File the County Clerk's Record is hereby NOTED. The county clerk's record is due on February 11, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court